No. A–311 (70–51). WHITCOMB, GOVERNOR OF INDIANA, ET AL. *v.* AFFELDT ET UX. Appeal from D. C. N. D. Ind. Application for stay presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.